**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| **PHAN TIEN VU,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **CAUSE NO. EP-26-CV-922-KC** |
| | § | |
| **MARY DE ANDA-YBARRA et al.,** | § | |
| | § | |
| **Respondents.** | § | |

## ORDER

On this day, the Court considered the case. On May 18, 2026, the Court granted in part Phan Tien Vu' Petition for Writ of Habeas Corpus and ordered Respondents to either (1) provide him with a bond hearing before an IJ, at which the Government was to bear the burden of justifying, by clear and convincing evidence of dangerousness or flight risk, his continued detention; or (2) release him from custody, under reasonable conditions of supervision. May 18, 2026, Order 5, ECF No. 12.

Respondents have now informed the Court that, on May 21, 2026, an IJ denied Vu bond. Advisory, ECF No. 14; *see id.* Ex. A ("IJ Order") at 1, ECF No. 14-1. Because the Court granted Vu' Petition in part on procedural due process grounds, Respondents' provision of a bond hearing is sufficient to comply with the Court's Order. *See* May 18, 2026, Order. However, because bond was denied and Vu remains in custody, his *Zadvydas* claim will become ripe on July 15, and his continued detention may be unconstitutional if Respondents are still unable to show that his removal is significantly likely to occur in the reasonably foreseeable future. *See Zadvydas v. Davis*, 533 U.S. 678, 689–90, 701 (2001).

Accordingly, the Court **ORDERS** that Respondents shall provide a status report **by no later than July 15, 2026**, specifying:

(1) Whether Vu's travel document request has been submitted internally for approval,

(2) Whether Vu's travel document request has been approved internally,

(3) Whether Vu's travel document request has been submitted to Vietnam, and

(4) The anticipated timeline for Vu's removal from the United States.

If any deadline set in this Order falls on a weekend or holiday, that deadline is extended to the following business day.

**SO ORDERED.**

SIGNED this 28th day of May, 2026.

KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE

2