**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| **PHAN TIEN VU,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **CAUSE NO. EP-26-CV-922-KC** |
| | § | |
| **MARY DE ANDA-YBARRA et al.,** | § | |
| | § | |
| **Respondents.** | § | |

**FINAL JUDGMENT**

On this day, the Court considered the case.  On July 16, 2026, the Court ordered Respondents, by no later than July 23, 2026, to release Vu from custody under reasonable conditions of supervision.  July 16, 2026, Order 3, ECF No. 20.  On motion by Respondents, *see* Mot. 1, ECF No. 22, Respondents' deadline to comply with the Court's directives in its July 16, 2026, Order was extended to August 4, 2026.  *See* July 20, 2026, Text Order.

Respondents now inform the Court that, on July 28, 2026, Vu was removed to Vietnam and is no longer in ICE custody.  Advisory, ECF No. 24.

Therefore, it appears that that no matters remain pending for the Court's consideration.  *See generally* Pet., ECF No. 3; July 20, 2026, Order.  Accordingly, **the Clerk shall close the case**.

**SO ORDERED**.

**SIGNED this 6th day of August, 2026.**

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE